UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **GREGORY C. KAPORDELIS** <br> **REG. #63122-053** | **CASE NO. 2:19-CV-00275** <br> **SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **P. MYERS** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons provided in the accompanying Memorandum Ruling, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendations [doc. 16] are **ADOPTED** and that the instant petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE** in Chambers on this 18th day of September, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE